(*T. M. Duche & Sons* v. *United States,* 39 C. C. P. A. 186, C. A. D. 485, certiorari denied, *T. M. Duche & Sons, Inc.* v. *United States,* 344 U. S. 830, followed.)

**No. 57309.**—F. W. Stock & Sons *v.* United States, protests 902111–G, etc. (New York).

Opinion by EKWALL, J.   When this case was called for trial, it was submitted on the same basis as the submission in Abstract 57282, namely, that the right to move to reopen or to set aside the submission was abandoned.   An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.   (*T. M. Duche & Sons* v. *United States,* 39 C. C. P. A. 186, C. A. D. 485, certiorari denied, *T. M. Duche & Sons, Inc.* v. *United States,* 344 U. S. 830, followed.)

**No. 57310.**—P. H. Petry Co. *v.* United States, protest 98148–K (New York).

Opinion by EKWALL, J.   When this case was called for trial, it was submitted on the same basis as the submission in Abstract 57282, namely, that the right to move to reopen or to set aside the submission was abandoned.   An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled. (*T. M. Duche & Sons* v. *United States,* 39 C. C. P. A. 186, C. A. D. 485, certiorari denied, *T. M. Duche & Sons, Inc.* v. *United States,* 344 U. S. 830, followed.)

**No. 57311.**—F. Kanematsu & Co., Ltd. *v.* United States, protests 78296–K, 78297–K, and 78298–K (New York).

Opinion by EKWALL, J.   When this case was called for trial, it was submitted on the same basis as the submission in Abstract 57282, namely, that the right to move to reopen or to set aside the submission was abandoned.   An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled. (*T. M. Duche & Sons* v. *United States,* 39 C. C. P. A. 186, C. A. D. 485, certiorari denied, *T. M. Duche & Sons, Inc.* v. *United States,* 344 U. S. 830, followed.)

**No. 57312.**—Joseph Victori & Co., Inc. *v.* United States, protest 199942–K (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of shredded or grated coconut meat in sirup, in tins, a product of Cuba, similar in all material respects to that the subject of *Allied Food Corporation of America* v. *United States* (28 Cust. Ct. 222, C. D. 1412), the claim of the plaintiff was sustained.